FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY L. WEESE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | NO. ED CV 06-0485 GPS (FMO)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation. The Court approves and adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment **(Document No. 17)** is **denied**.

2. Judgment shall be entered affirming the decision of the Commissioner denying benefits.

3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: ___Oct 5___, 2008.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE